UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

SAMUEL VIRELLA
    Petitioner,

v.                                Case No.: 3:02-CR-191-CFD

UNITED STATES OF AMERICA
    Respondent.

_____/

**PETITION FOR ORDER OF MANDATING THE CLERK OF THE COURTS AND/OR COURT STENOGRAPHER, AND PETITIONER ATTORNEY TO PRODUCE PETITIONER RECORDS, TO FURNISH, PLEA HEARING TRANSCRIPTS, SENTENCING TRANSCRIPTS AND THE ENTIRED FILE ON RECORDS.**

    **NOW COMES**, Samuel Virella, acting Pro-se, hereafter, before this Honorable Court requesting relief to the Honorable Court.

    On or about this November 11, 2004. The Petitioner respectfully submits the following facts attached memorandum for an order furnishing him the herein to receive the requested court records in forma Pauperis.

    1. The Petitioner is presently at the Fort Devens Medical Center P.O Box 879 Ayer Massachusetts 01432,

    2. The Petitioner Samuel Virella is serving a term of 168 months and 5 years supervised release, Pro-se entered a plead of guilty to counts for violation of 21 U.S.C § 846, 841.

    3. The Petitioner respectfully request to be furnish with the following court records:

            a). All attorney records
            b). Plea Hearing Transcripts
            c). Sentencing Transcripts/Pleagreements.

4. On August 9 2004, the Honorable court received a letter to the Clerk of the Court, in the letter Petitioner requested the production of the sentencing transcripts and other transcripts. On August 3, 2004 the petitioner request his attorney to produce all his records and to send him copies of his records since is a possibility that his case has been affected by the decision of the Supreme Court and the Constitutionality of the Sentencing Guide Lines, in **Blakely v. Washington**, also petitioner advice his counsel to produced copies of his entrired files since the case **Scibana v. White**, 03-C-581 applied to petitioner legal conditions and that he would like to file a 28 U.S.C 2241 base on the merits and the present legal conditions, counselor for the petitioner ignored the petitioner and denied petitioner due process. (see attached exhibits).

## "BRIEF IN SUPPORT OF MEMORANDUM"

The requested records are both neccessary and pertinent in the pursuit of petitiner writs of habeas corpus and his due process rights. The equal protection clause of the Five 5th and the Fourteenth Amendment 14th of the United States Constitution requires that a Transcript be funidhed to an indigent defendant, see **Griffin v. Illinois**, 351 U.S. 12 76 S. CT. 585, 100 L. ed. 2d. 891 (1956) and **U.S v. Tyler**, 943 F.2d 420 (4th Cir. 1991). **Britt v. North Carolina**, 404 U.S 226(1971).

In **Griffin,** the court stated that where courts choose to establish appellate review in a criminal matters, it could not foreclose to an Indigent defendant any phase of the procedure because of his poverty. The Court made clear that these principles were not limited to direct

appeals but extended to post convition litigations, See the case **Smith v. Bennet**, 365 U.S. 708, 81 S. CT 895, 6, L. ed. 2d 39 (1961) and commonwealth excel, **Whalin v. Banniller**, 400 PA. 606 (1960).

Ample authority is also asserted pursuant to the case of **Mayer v. City of Chicago**, 404 U.S 183, 92 S. CT 580, 21 L. ed. 2d 371 (1971) See **Gardener v. California**, 393 U.S. 397, 89 S. CT 580 L. ed. 2d 601 (1969).

The defendant states under oath he is indigent, and without property or income which there is no high wages earned Petitner is desable due to a severe condition. Petitoner is in need of his records, it is impossible to perfect any writ or legal actions since this records are neccessary and petinent to perfecting an adequate legal action upon a filling of post convition hearing act in the instant case.

**WHERE FORE,** the defendant prays that this Honorable Court will issue under the hand and seal of this Court order upon clerk of the Court and/or Court Stenographer, grantin same of furnish defendant with a certificate copy of these Respective Court Records.

Respectfully submitted this 7 of November, 2002.

_____
Samuel Virella

PROOF OF SERVICE

I, **SAMUEL VIRELLA**, certify that on **NOVEMBER 7**, 200**4** I mailed a copy of this document and all attachments via First Class mail to the following parties at the addresses listed below:

**THE CLERK OF THE UNITED STATES DISTRICT COURT
450 MAIN STREET HARFORD , CT 06103**

**UNITED STATES ATTORNEY
DISTRICT OF CONNECTICUT
450 MAIN STREET ROOM 328
HARTFORD, CONNECTICUT 06103**

## PROOF OF SERVICE FOR INCARCERATED LITIGANTS

In addition to the above Proof of service, all litigants who are currently incarcerated should include the following statement with all documents to be filed with the court:

I certify that this document was given to officials[1] on this date for forwarding to the United States District Court for the District of **CONNECTICUT**. I further certify under penalty of perjury that the forgoing is true and correct. Title 28 U.S.C. § 1746.

Respectfully submitted this **7TH** day of **NOVEMBER**, 200**4**.

_SAMUEL VIRELLA_
Name: **SAMUEL VIRELLA**
Number: **14038-014**
FMC Devens, Unit **JA**
P.O. Box 879
Ayer, Massachusetts 01432

---

[1] Pleadings by prisoners who represent themselves are to be considered filed at the moment such pleadings are delivered to prison authorities for forwarding to clerk. Houston v Lack. 487 U.S. 266 (1988).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT


SAMUEL VIRELLA
    Petitoner,

v.

                                   Case No.: 3:02-CR-191-CFD

UNITED STATES OF AMERICA
    Respondent.

_____/


ORDER OF THE COURT


AND NOW, TO-WIT THIS _____ DAY OF _____, 2004 IT IS HEREBY ORDER, ADJUDGED AND DECREED THAT THE WITHIN PETITION IS HEREBY GRANTED/ OR DENIED.




                                          BY THE COURT



                                          _____

**EXHIBITS**

Samuel Virella
FMC Devens JA
P.O Box 879
Ayer, MA 01432

August 3, 2004

The Clerk of the District Court
Federal Building and United States Courthouse
450 Main Street
Hartford, CT 06103

Re: Copies of the dockect Sheet, production of sentencing trenscripts
United States v. Samuel Virella, No. 3: 02 CR 191 (CFD)

Dear Clerk of the Court:

The reason for this letter is base on the need to obtain my docket sheet and sentencing transcripts.

In closing, I appresiate any assistace and attention to this importan request. Thank you for your time and attention to this matters.

Respectfully,

Samuel Virella

RECEIVED
AUG 09 2004
U.S. DISTRICT COURT
HARTFORD, CT

The Clerk shall docket this letter and include it in the Court's file. The Clerk is also directed to mail a copy of the docket sheet to Mr. Virella, and the Court reporter is directed to prepare the transcript of the sentencing hearing. So ordered.

Christopher F. [Droney]
United States District Judge
09/3/04

02CR191 let

Samuel Virella
Reg.No. 14038-014
FMC Devens JA

Ayer, MA 01432

August 3, 2004

Gary D. Winberg, Esq
Federal Public Defenders Office
District of Connecticut
10 Columbus BLVD., Floor 6
Hartford, CT 06106

Re: **United States v. Samuel Virella**, No. 3:02CR191(CFD)

Dear Attorney Weinberger:

    The reason for this missive is simple I would like to obtain copies of my files in your possession. I am in need of my files to review my criminal case since I notice that many cases has been affected by the decision of the Supreme Court and the unconstitutionality of the sentencing guide lines, in **Blakely v. Washington**.

    In the other hand I decide to submit a 28 U.S.C § 2241 case on the merits of the case **Scibana v. White**, 03-C-581-C in order do any litigation I most obtain all my legal files first.

    Thank you for your time and pront attention to this matters.

    Cordially,

                                 Mr. Samuel Virella

cc/files
ls.

FMC Devens JA
P.O Box 879
Ayer, MA 01432

August 3, 2004

The Clerk of the District Court
United States District Court of New Heven
Richard C. Lee United States Court house
141 Church Street
New Haven, CT 06510

Re: Copies of dockect sheet, procution of sentencing transcripts

Dear Clerk of the Court:

   The reason for this letter is base in the neeed of obtain my docket sheet and sentencing transcripts.

   In closing, I appresiate any assistance and attention to this important request. Thank you for your time and attention to this matters.

   Respecfully.

   Samuel Virella

cc/files
ls.

Federal Public Defenders Office
District of Connecticut
10 Columbus Blvd., Floor 6
Hartford, CT  06106

ATT: Mr. Gary D. Weinberger, Esq.

August 18, 2003

RE: UNITED STATES V. SAMUEL VIRELLA, CASE NO 3:02CR191(CFD)

DEAR MR. WEINBERGER,

    Upon receipt of this missive, please forward me the full address of the County Jail that I was housed in prior to the resolution of my criminal matter in the above captioned matter.

    If you may recall I was incarcerated at The Meadows facility that was a county jail. Also, would you be kind enough to send to me the Connecticut State Provision that governs the release of documents. I will be sending for my medical file while I was in that facility.

    In closing, I appreciate any assistance that you may show this important request. I desire that all is well with you and I hope to hear from you in the very near future. Be advised that the Law Library at this facility does not offer a listing of st___ ___ county facilities. Thank you.

Respectfully yours,

Mr. Samuel Virella
#14038-014
FMC Devens/G-A
P.O. Box 879
Ayer, MA  01432

cc. file ✓

Reg. No. 14038-014
FMC Devens JA
P.O Box 879
Ayer, MA 01432

August 3, 2004

The Clerk of the District Court
Federal Building and United States Courthouse
450 Main Street
Hartford, CT 06103

Re: Copies of the dockect Sheet, production of sentencing transcripts
    <u>United States v. Samuel Virella</u>, No. 3: 02 CR 191 (CFD)

Dear Clerk of the Court:

    The reason for this letter is base on the need to obtain my docket sheet and sentencing transcripts.

    In closing, I appresiate any assistace and attention to this importan request. Thank you for your time and attention to this matters.

    Respectfully,

                                      Samuel Virella

cc/files
ls.