*[Handwritten margin note from judge:] The clerk is directed to docket this letter in 3:02cr191(CFD). The clerk also is directed to send the petitioner a copy of the docket sheet and this order forthwith. The transcript of the sentencing proceeding, which this Court ordered previously, will be provided to the petitioner as soon as it is completed. So ordered.*

*Christopher F. Droney*
*United States District Judge*
*4/29/05*

Samuel Virella
Reg. No.: 14038-014
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432

February 17, 2005

Clerk of the District Court
Federal Building and United States Courthouse
450 Main Street
Hartford, CT 06103

*[Stamp:] FILED 2005 FEB 22 PM 12: 25*

Re: Request for compliance with Court Order issued by U.S. District Judge Christopher F. Droney for Court Records

Dear Clerk of the Court:

On August 3, 2004, Samuel Virella made a request of this Court for copies of his docket sheet and sentencing transcripts from **United States v. Samuel Virella**, No. **3: 02 CR 191 (CFD)**. On September 3, 2004, The Honorable Christopher F. Droney, U.S. District Judge Ordered the Court reporter to prepare the transcript of the sentencing hearing. (See Attached Letter)

On November 7, 2004, Samuel Virella filed a Writ of Mandamus with this Court requesting the Court Records. (See Attached Copy of Motion's Front Page) To date, neither the Court Order or the Writ has been complied with.

Samuel Virella needs these documents to proceed with his **time sensitive** legal matters. He requests that you comply with the Court Order before he has to pursue a Civil Law Suit.

Respectfully submitted,

*[Signature]*

Samuel Virella
Reg. No.: 14038-014