UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | CIVIL ACTION NO. |
| v. : | 3:02-cr-191 (CFD) |
| : | 3:03-cv-1978 |
| SAMMY VIRELLA : | |
| Defendant : | |

## ORDER RE: STATUS

The Government is directed to file a report on the status of Sammy Virella's petition under 28 U.S.C. §2255 on or before **January 23, 2008.** The Clerk is directed to mail a copy of this order to the attention of Assistant United States Attorney Michael J. Gustafson.

**SO ORDERED.**

Dated at Hartford, Connecticut this _____ day of January 2008.

_____
Christopher F. Droney
United States District Judge