Samuel Virella
14038-014   Unit J/A
FMC-Devens
P.O. Box 879
Ayer, MA   01432

May 8, 2008

Judge Christopher F. Droney
United States District Court
United States Courthouse
450 Main Street
Hartford, CT   06103

Re:  Downward Departure (Case No. 3:02-CR-191-CFD)

Your Honor:

I suffer from seizures. The Federal Medical Center - Devens has done everything within its power to help me. The Facility arranged for me to undergo a surgical procedure to try and correct the problem. The objective was to either stop or in a worse case, diminish the effects of the seizures. I knew that it was a high risk surgery and the chances for success were slim and none. Unfortunately, it did not work and I continue to have the seizures. There is no pattern for their occurance. On the average, they occur two or three times a week.

I have been told that when I have a seizure, I fall to the floor, flop around like a dying fish and then pass into a state of unconsciousness. In each instance, the Medical Response Team at Devins has responded within minutes and brought me back. They have given me care that goes to their limits. Unfortunately, there is nothing that they can do for me beyond bring me back and waiting for the next occurance.

[Margin annotation, left side, rotated:] The Clerk is ordered to docket this correspondence. Assistant United States Attorney Michael Gustafson is requested to confer with the Bureau of Prisons and report to the Court within two weeks. So ordered.

/s/ Christopher F. Droney, USDJ
Christopher F. Droney
United States District Judge
5/ /08

I do not want to die in prison. I know that when I am released, I will never be able to drive a car, I will have limited employment opportunities and will have to have somebody with me at all times.

I have been told that when I am released, I will be eligible for Social Security under the Disability Act and that will pay for my medical treatment. My plan is to live at home and take advantage of having family members there to help me when I have problems. I will make every effort to find employment that will understand my medical situation. I have been told that there are organizations that will help me to find a job.

I am asking that you restructure my sentence and release me to the supervised release portion of my sentence. A monitoring bracelet would provide the Probation Office with the information as to where I am at all times. I have reached the point where I have diminished ability to take care of myself without help. I have evaluated my chances of having a successful surgical procedure and it does not look good. I am afraid to consider another surgical procedure.

Respectfully Submitted,

_____
Samuel Virella


cc:   Clerk of Court
      Asst. U.S. Atty. Michael J. Gustafson
      Carolyn Sabol, Warden, FMC-Devens

UMASS MEMORIAL HEALTH CARE
PATIENT DISCHARGE CARE FORM

Discharged From: University Campus          Phone: 508-334-1000
        Location: 4TH FL
Patient Name: VIRELLA,SAMUEL                Patient DOB: 05/11/77
 Address  CONFIDENTIAL PT DO NOT RELE
          WESTBOROUGH MA 01581              Patient Next of Kin LIEUTENANT,OPERATIONS
Patient Phone  5084753261                   Next of Kin Phone  9787961000
Patient Medical Record#  000996925          Patient Account#:  00019983191

ADMIT DATE  02/27/08         DISCHARGE DATE              DISCHARGE TIME
Insurance Information  UMASS CORRECTIONAL HEALTH

PATIENT'S PHYSICIANS        SPECIALTY         PHONE#           FAX
  PRIMARY: FMC,DEVENS GROUP                   978-796-1576     978-796-1537
REFERRING: FMC,DEVENS GROUP                   978-796-1576     978-796-1537
ATTENDING: CATALTEPE,OGUZ   GENERAL SURGERY   508-334-7667     508-856-5074

                                                               Phone:
Health Proxy Info- Agent Name:

PRIMARY DIAGNOSIS     EPILEPSY
SECONDARY DIAGNOSIS   SMOKING, HEARTBURN, BULLET LODGED
                      IN LEFT SHOULDER, ABRASION RIGHT
                      FOREHEAD

PROCEDURES AND DATES
2/27/2008 VAGUS NERVE STIMULATOR PLACED

CONDITION ON DISCHARGE   GOOD

BRIEF SUMMARY OF HOSPITALIZATION
(INCLUDE PROCEDURE(S)/SIGNIFICANT EVENTS/FINDINGS/RESULTS & DATES)
PATIENT WAS ADMITTED ON 2/27/08 FOR ELECTIVE VAGUS NERVE STIMULATOR PLACED
FOR EPILEPSY. PATIENT TOLERATED THE PROCEDURE WELL. NO COMPLICATIONS.
PATIENT WAS KEPT OVERNIGHT FOR OBSERVATION AND WILL BE DISCHARGED TO FORT
DEVENS ON 2/28/08.

HEALTH CARE PROVIDER FOLLOW UP APPOINTMENTS
      Physician              Date and Time      Location              Clinic Phone #
1): PHILLIPS,CATHERINE                        | NEUROLOGY CLINIC    | 508-856-2527
2): CATALTEPE,OGUZ                            | SURGICAL CLINIC     | 508-334-7667

CLINIC APPT/DATE & TIME
THE NEUROLOGY & NEUROSURGERY DEPARTMENT WILL CALL WITH DATE AND TIMES OF
FOLLOW-UP APPOINTMENT.

ACTIVITY  As Tolerated

Shower: No                       If no, when? 3/1/08

WEIGHT BEARING   As tolerated

Education on smoking cessation completed? Yes

NEW MEDICATIONS ALLERGIES/REACTIONS THIS ADMISSION:
NONE

| Patient Name: VIRELLA,SAMUEL | Med Rec# 000996925 | Page 2 |
|---|---|---|
| | | 02/28/08 at 10:03am |

**PRE-EXISTING ALLERGIES**

| Medication name | Generic name | Reaction | Date |
|---|---|---|---|
| LITHIUM ANALOGUES | LITHIUM ANALOGUES | ? | ? |
| VALIUM | DIAZEPAM | ? | ? |

**GENERAL DISCHARGE INSTRUCTIONS (eg. Wound care, avoid, return if)**
\*\*\*DRESSING CAN BE REMOVED ON 2/29. SUB-Q KNOTS WILL BE REMOVED AT FOLLOW-UP APPOINTMENT IN 2 WEEKS.
\*\*\*PATIENT TO CONTINUE ALL ANTI-SEIZURE MEDICATIONS UNTIL VNS IS TURNED ON IN APPROX 3 WEEKS.

**RESULTS PENDING AT TIME OF DISCHARGE**
NONE

COMMUNITY SERVICES/DISPOSITION:

Pt discharged to:   Correctional Facility

| Patient Name: VIRELLA,SAMUEL | Med Rec# 000996925 | Page 4 |
|---|---|---|
| | | 02/28/08 at 10:03am |

**DIAGNOSIS BASED PATIENT EDUCATION:**

VAGUS NERVE STIMULATOR
PATIENT DISCHARGE INSTRUCTION SHEET

WHAT TO EXPECT:
1. You may have tenderness at the incision sites or under the skin between them.
2. There may also be some swelling or fullness around the stimulator generator.
3. Please refer to the patient instruction sheet attached to this form for further information.

ACTIVITY:
1. Lifting: Do not lift anything 10 pounds or greater prior to your first office visit.
2. Avoid over exerting or exercising the left shoulder and arm.

SHOWERING:
1. You may wash with mild soap and water on the third day after surgery. Wash the incisions gently.

MEDICATIONS:
1. Your neurologist is responsible for adjusting your seizure medications after surgery.
2. If you are taking Vicodin (hydrocodone) or Percocet (oxycodone) for pain medication, it already contains high doses of Tylenol (acetaminophen). Therefore, do not take any additional Tylenol (acetaminophen) as you may cause overdosage side effects.

INCISION CARE:
1. If you have paper tape or Steri strips on the incision, they may fall off during showering - DO NOT PULL THEM OFF until at least 7 days after surgery.
2. It is best to leave the incision uncovered. But it may be covered lightly with a dry, sterile bandage for your comfort.
3. Call the surgeon's office if there is any redness, swelling, drainage from the incision, or temperature > 100 degrees.

FOLLOW-UP:
1. Make an appointment with your neurologist after surgery following your discharge. On the day of your appointment with your neurologist, he/she will call Dr. Weaver's office for a Nurse Practitioner or Physician Assistant to come and check your wound.
2. If your neurologist is not at the University Campus, then you will have an appointment with the Nurse Practitioner for wound check on (date)_____ at (time)_____.

    Surgery Clinic - Ground Floor, University Campus ............... 508-856-3611
    Private Outpatient Department - Memorial Campus ................ 508-334-5481

Call your surgeon's office for any questions or concerns.
    Dr. Weaver....................................................... 508-856-4199
    Dr. Cataltepe ................................................... 508-334-7667
    Dr. Sungarian.................................................... 508-752-6381
    Dr. McGillicuddy................................................. 508-752-4336
    Dr. Pilitsis..................................................... 508-334-0596
    Other: _____  ....................  _____

Rev  1/08

Patient Name: VIRELLA, SAMUEL    Med Rec# 000996925    Page 5
02/28/08 at 10:03am

DIETARY INSTRUCTIONS:

Regular Diet

* You have no diet restrictions.
* To lead a healthy lifestyle, follow the 2005 Dietary Guidelines for Americans.
* Eat at least 3-5 servings of vegetables a day. Choose colorful vegetables such as dark green, yellow/orange, and red.
* Eat 2-4 servings of fruit a day.
* Eat 3 or more servings of whole grains per day
* Consume 3 cups per day of fat free or low fat milk or equivalent milk products

MD/NP/PA Signature    Print Name    Attending Cosignature if LOS < 48hrs

Authorization is granted to this facility to release any/all information necessary for hospital claims, utilization review and continuity of patient care. Patient and/or caregiver has received discharge instructions and demonstrated clear understanding of care plan for discharge and medication instructions.

Translator Used: (Name & Relationship to patient) _____

Nurse Signature    Patient/Responsible Person Signature

REMINDER: RETRIEVE ALL VALUABLES FROM PATIENT ROOM AND/OR ADMITTING DEPARTMENT SAFE

Patient: Please bring these instructions to ALL follow-up appointments.

Form finalized by: BALDELLI, JENNIFER R    on 02/28/08 at 10:03am

| Patient Name: VIRELLA, SAMUEL | Med Rec# 000996925 | Page 3 |
|---|---|---|
| | | 02/28/08 at 10:03am |

**DISCHARGE MEDICATIONS:**

| Brand Name (Generic) Name | Dose | Route How to Take | Time of Last Dose |
|---|---|---|---|
| KEFLEX (CEPHALEXIN) | 500 MG | By Mouth Q6H | 2/28 9AM |
| KEPPRA (LEVETIRACETAM) | 2500 MG | By Mouth Twice a Day | 2/28 9AM |
| TRILEPTAL (OXCARBAZEPINE) | 1200 MG | By Mouth Twice a Day | 2/28 9AM |

| Patient Name: VIRELLA, SAMUEL | Med Rec# 000996925 | Page 2 |
|---|---|---|
| | | 02/28/08 at 1:05pm |

**PRE-EXISTING ALLERGIES**

| Medication name | Generic name | Reaction | Date |
|---|---|---|---|
| LITHIUM ANALOGUES | LITHIUM ANALOGUES | ? | ? |
| VALIUM | DIAZEPAM | ? | ? |

**GENERAL DISCHARGE INSTRUCTIONS (eg. Wound care, avoid, return if)**
***DRESSING CAN BE REMOVED ON 2/29. SUB-Q KNOTS WILL BE REMOVED AT FOLLOW-UP APPOINTMENT IN 2 WEEKS. Scheduled - per Neuro-Surgery RN okn
***PATIENT TO CONTINUE ALL ANTI-SEIZURE MEDICATIONS UNTIL VNS IS TURNED ON IN APPROX 3 WEEKS.

T. Howard, MD, MMM
Medical Officer
FMC Devens

**RESULTS PENDING AT TIME OF DISCHARGE**
NONE

**COMMUNITY SERVICES/DISPOSITION:**

Pt discharged to: Correctional Facility

| Patient Name: VIRELLA, SAMUEL | Med Rec# 000996925 | 02/28/08 | Page 4 at 1:05pm |
|---|---|---|---|

**DIAGNOSIS BASED PATIENT EDUCATION:**

### VAGUS NERVE STIMULATOR
### PATIENT DISCHARGE INSTRUCTION SHEET

WHAT TO EXPECT:
1. You may have tenderness at the incision sites or under the skin between them.
2. There may also be some swelling or fullness around the stimulator generator.
3. Please refer to the patient instruction sheet attached to this form for further information.

ACTIVITY:
1. Lifting: Do not lift anything 10 pounds or greater prior to your first office visit.
2. Avoid over exerting or exercising the left shoulder and arm.

SHOWERING:
1. You may wash with mild soap and water on the third day after surgery. Wash the incisions gently.

MEDICATIONS:
1. Your neurologist is responsible for adjusting your seizure medications after surgery.
2. If you are taking Vicodin (hydrocodone) or Percocet (oxycodone) for pain medication, it already contains high doses of Tylenol (acetaminophen). Therefore, do not take any additional Tylenol (acetaminophen) as you may cause overdosage side effects.

INCISION CARE:
1. If you have paper tape or Steri strips on the incision, they may fall off during showering - DO NOT PULL THEM OFF until at least 7 days after surgery.
2. It is best to leave the incision uncovered. But it may be covered lightly with a dry, sterile bandage for your comfort.
3. Call the surgeon's office if there is any redness, swelling, drainage from the incision, or temperature > 100 degrees.

FOLLOW-UP:
1. Make an appointment with your neurologist after surgery following your discharge. On the day of your appointment with your neurologist, he/she will call Dr. Weaver's office for a Nurse Practitioner or Physician Assistant to come and check your wound.
2. If your neurologist is not at the University Campus, then you will have an appointment with the Nurse Practitioner for wound check on (date)_____ at (time)_____.

    Surgery Clinic - Ground Floor, University Campus .................. 508-856-3611
    Private Outpatient Department - Memorial Campus ................. 508-334-5481

Call your surgeon's office for any questions or concerns.
    Dr. Weaver........................................................... 508-856-4199
    Dr. Cataltepe ....................................................... 508-334-7667
    Dr. Sungarian....................................................... 508-752-6381
    Dr. McGillicuddy.................................................... 508-752-4336
    Dr. Pilitsis......................................................... 508-334-0596
    Other: _____   .....................  _____

Rev 1/08

| Patient Name: VIRELLA, SAMUEL | Med Rec# 000996925 | Page 5 |
|---|---|---|
| | | 02/28/08 at 1:05pm |

**DIETARY INSTRUCTIONS:**

Regular Diet

* You have no diet restrictions.
* To lead a healthy lifestyle, follow the 2005 Dietary Guidelines for Americans.
* Eat at least 3-5 servings of vegetables a day. Choose colorful vegetables such as dark green, yellow/orange, and red.
* Eat 2-4 servings of fruit a day.
* Eat 3 or more servings of whole grains per day
* Consume 3 cups per day of fat free or low fat milk or equivalent milk products

_____  _____  _____
MD/NP/PA Signature      Print Name         Attending Cosignature if LOS < 48hrs

Authorization is granted to this facility to release any/all information necessary for hospital claims, utilization review and continuity of patient care. Patient and/or caregiver has received discharge instructions and demonstrated clear understanding of care plan for discharge and medication instructions.

__ Translator Used: (Name & Relationship to patient) _____

_____                  _____
Nurse Signature                      Patient/Responsible Person Signature

**REMINDER: RETRIEVE ALL VALUABLES FROM PATIENT ROOM AND/OR ADMITTING DEPARTMENT SAFE**

Patient: Please bring these instructions to ALL follow-up appointments.

Form finalized by: BALDELLI, JENNIFER R         on 02/28/08 at 10:03am

| Patient Name: VIRELLA,SAMUEL | Med Rec# 000996925 | 02/28/08 | Page 3 at 1:05pm |
|---|---|---|---|

**DISCHARGE MEDICATIONS:**

| Brand Name (Generic) Name | Dose | Route / How to Take | Time of Last Dose |
|---|---|---|---|
| KEFLEX (CEPHALEXIN) | 500 MG | By Mouth Q6H | |
| KEPPRA (LEVETIRACETAM) | 2500 MG | By Mouth Twice a Day | |
| TRILEPTAL (OXCARBAZEPINE) | 1200 MG | By Mouth Twice a Day | |

C. Howard, MD, MMM
Medical Officer
FMC Devens

19038-014

Patient: VIRELLA, SAMUEL          Acct.#:    00019983191     MR#:       00099
Admit:   02/27/2008              Discharge:                  Location:  4EST
Dictated 02/28/2008 10:09 A      Transcribed 02/28/2008
:                                :           10:58 A

## DISCHARGE SUMMARY

DATE OF ADMISSION: 02/27/2008

DATE OF DISCHARGE: 02/28/2008

HISTORY OF PRESENT ILLNESS: Patient was admitted on 02/27/2008 for a vagal nerve stimulator for epilepsy, having frequent seizures since 2002.

PAST MEDICAL HISTORY: Smoker, seizure disorder, heartburn, he has a bullet lodged in his left shoulder.

MEDICATIONS ON ADMISSION: Keppra 500 mg p.o. 5 tabs b.i.d., oxcarbazepine 600 mg p.o. 2 tabs b.i.d.

ALLERGIES: Valium and lithium.

The patient was admitted on 02/27/2008 for an elective vagus nerve stimulator. This was placed for epilepsy with frequent seizures despite medication. He tolerated the procedure well without complications or difficulties. He was kept overnight for observation and will be discharged today, on 02/28/2008. He will return to Fort Devens today. His hospital course has been uncomplicated and uneventful.

PHYSICAL EXAMINATION ON DISCHARGE: His incisions were clean, dry and intact. He is neurologically intact and afebrile, vital signs were stable, AO x3. Pupils equal, round, react to light and accommodation. Extraocular muscles are intact. No drift or dysmetria, follows commands and moves all extremities.

Follow up will be arranged by Dr. Phillips of neurology for returning on the vagus nerve stimulator and neurosurgery will see him in a postop visit at that point in time in approximately 2-3 weeks. He was given instructions on wound care.

MEDICATIONS ON DISCHARGE: Keflex 500 mg p.o. q.6h. for 7 days, Keppra 2,500 mg b.i.d., Trileptal 1200 mg p.o. b.i.d.

E-Signed By
Oguz I. Cataltepe, MD 02/28/2008 11:18

Stephen Martin, M.D.
Medical Officer
FMC Devens
DEA: BF5921730-32

3/12/08

_____
Oguz I. Cataltepe, MD

Note dictated by: Jeffery Giarnese, PA

FI

NAME: CIRELLA, SAMUEL  MRN#: 000996925

001129311/2641447

cc:  Fmc Devens Group